# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

January 18, 2017

Lyle W. Cayce
Clerk

No. 14-50037

DONNIKA IVY; BERNARDO GONZALEZ; TYLER DAVIS, as next friend of Juana Doe, a minor; ERASMO GONZALEZ; ARTHUR PROSPER, IV,

     Plaintiffs - Appellees

v.

COMMISSIONER MICHAEL WILLIAMS, in his official capacity as head of the Texas Education Agency,

     Defendant - Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:11-CV-660

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before JOLLY, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

Pursuant to the judgment of the United States Supreme Court, IT IS HEREBY ORDERED that the case is DISMISSED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.